# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

133153

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                     SC: 133153
                                     COA: 275523
                                     Oakland CC: 06-207233-FH

THERESA ESTELLE JOHNSON,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the February 1, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007                                          Clerk

l0521